# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2016

SEAN F. McAVOY, CLERK

PHILLIP DEWITT

    *Plaintiff*

v.

CAROLYN W. COLVIN,
Commissioner of Social Security

    *Defendant*

Civil Action No. 1:15-CV-3171-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED
Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JOHN T. RODGERS on motions for Summary Judgment, (ECF Nos. 15 and 18)

Date: June 6, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
    *(By) Deputy Clerk*
Melissa Orosco